[No. 2688–3. Division Three. March 15, 1979.]

DONALD E. NERAAS, *Appellant,* v. O. CHARLES OLSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 232886, William J. Grant, J., entered November 28, 1977. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Roe, J.

[No. 3077–3. Division Three. March 15, 1979.]

JOSEPH J. BATH, ET AL, *Appellants,* v. KERMIT H. CARLILE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 252598, Thomas A. Swayze, Jr., J., entered May 20, 1977. *Reversed* by unpublished per curiam opinion.

[No. 5727–1. Division One. March 19, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM PATRICK BARKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79999, James A. Noe, J., entered June 2, 1977. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Swanson and Williams, JJ.

[No. 5794–1. Division One. March 19, 1979.]

JULIUS KANE, *Appellant,* v. WHATCOM MUTUAL, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 52893, Jack S. Kurtz, J., entered July 15, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen and Dore, JJ.